No. 79–568. OCCIDENTAL LIFE INSURANCE COMPANY OF CALIFORNIA *v.* SAFFO ET AL.; and

No. 79–573. KAVNER *v.* OCCIDENTAL LIFE INSURANCE COMPANY OF CALIFORNIA ET AL. C. A. 8th Cir. Certiorari denied. Reported below: 602 F. 2d 1265.

No. 79–569. WEATHERSBY *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 79–647. COPELAND *v.* MARTINEZ, DIRECTOR, COMMUNITY SERVICES ADMINISTRATION. C. A. D. C. Cir. Certiorari denied.

No. 79–685. DRESSER INDUSTRIES, INC. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–686. POWER *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 79–687. KYZAR *v.* HARRIS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 5th Cir. Certiorari denied.

No. 79–691. INDIANAPOLIS POWER & LIGHT CO. ET AL. *v.* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY. C. A. 7th Cir. Certiorari denied.

No. 79–695. BOSCH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–705. HOUSEHOLD FINANCE CORP. ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–707. UPTEGROVE ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.